## FEDERAL TRADE COMMISSION v. SAVAGE CANDY COMPANY.

### No. 1613.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

## George E. FISHER, Executor, Estate of George H. Fisher, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 7237.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1937.

Raymond H. Berry, Ralph W. Barbier, and Arthur L. Evely, all of Detroit, Mich., for petitioner.

Frank J. Wideman, Robert H. Jackson, Sewall Key, J. P. Wenchel, and Chester A. Gwinn, all of Washington, D. C., for respondent.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the petition for review in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

Appeal dismissed.

## FLORAL CITY TRUCKING COMPANY v. Norman COHEN, Administrator of the Estate of Nedra Gerald, Also Known as Nedra Stephens, Deceased.

### No. 7830.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1937.

Knight & Panzer, of Detroit, Mich., for appellant.

Lewis J. Weitzman and Gabriel N. Alexander, both of Detroit, Mich., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, accompanied by certificate of the clerk of the District Court as required by rule 18, it is ordered that the appeal herein be, and the same is, docketed and dismissed, without costs to either party.

Appeal docketed and dismissed.